IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-10343-JCM |
| | ) | Chapter 13 |
| Eric Batie, | ) | |
| | ) | Related to Docket No. 4 |
| Debtor | ) | |

## FILING FEE INSTALLMENT PAYMENT DENIAL ORDER

The Debtor has filed an *Application for Individuals to Pay the Filing Fee in Installments* ("Application"). The filing fee in chapter 13 cases is $313.00. The Debtor in this case previously filed a petition for relief under Chapter 13 at Case No. 25-10221. In that case, on April 24, 2025 the Debtor was granted an application to pay fees in installments. However, on May 8, 2025 the case was dismissed for the Debtor's failure to timely file the required schedules. No payment was made pursuant to the Order allowing the Debtor to pay the filing fees in installments. The Court questions the Debtor's good faith and understanding of his responsibility to file the required information and make ongoing payments in a Chapter 13 case in light of the prior failure to meet required deadlines.

On this **24th day of June, 2025**, it is hereby ORDERED, ADJUDGED and DECREED that:

(1)     The Debtor's *Application* is DENIED and the entire balance of the filing fee, $313.00, shall be paid in full on or before July 7, 2025. Payment of the filing fee will demonstrate the Debtor's good faith efforts to reorganize.

(2)     Unless otherwise excused by prior Court Order, failure to timely make payment of the above referenced payment will result in the Court immediately dismissing the case without further notice or hearing.

BY THE COURT:

_____ jlm
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
6/24/25 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10343-JCM |
| Eric Batie | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Jun 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eric Batie, 1750 Emery Dr., Erie, PA 16509-1150 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 2