# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Eric Batie                                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-10343 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of CAPITAL ONE, N.A. and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
27 Jun 2025, 09:31:31, EDT

Denise Carlon, Esq. (317226) ☐
Matthew Fissel, Esq. (314567) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com